**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Brooklyn Division**

| | |
|---|---|
| RUBEN DIAZ, RENE FERNANDEZ, ) <br> MOHAMMED ISMAT, PRADIP SAHA, ) <br> RAMANDRA SAHA, MAXINE SMITH, ) <br> ABDUR RAQUIB, JOHNNY RAMIREZ, ) <br> MADGY SAAD, WALTER FREIRE, ) <br> MOZIBUR RAHMAN, ) <br> CHRISTOPHER STAVROPOULOS, ) <br> ABDUR RAHMAN, SYED AHMED, ) <br> WALTER GARCIA, ASHIF MIRU, ) <br> BISWA SAHA, ALPHONSE SAYOT, ) <br> ALBERTO PRADO, ) <br> MAURICE SCHWARTE, ) <br> ABELLA BOUALE, DENZIL HANNAH, ) <br> MILAD BARSOUM, ) <br> MOAZZEMUL HAQUE, and ) <br> ARUN SAHA, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> AMEDEO HOTELS LIMITED ) <br> PARTNERSHIP, NWPH, LLC, ) <br> NORTHWOOD HOSPITALITY, LLC ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. 1:12-cv-04418-DLI-JMA |

**NOTICE OF APPEAL**

Notice is hereby given that Amedeo Hotels Limited Partnership, a defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on March 29, 2016 and Judgment entered on March 30, 2016.

This 27th day of April, 2016.

          **STOKES WAGNER, ALC**

          /s/ John R. Hunt

          _____
          Paul E. Wagner, Esq.
          New York Bar No. (PW-0177)
          John R. Hunt, Esq.
          Georgia Bar No. 378530
          One Atlantic Center, Suite 2400
          1201 W. Peachtree Street
          Atlanta, Georgia 30309
          (404) 766-0076 (Telephone)
          (404) 766-8823 (Facsimile)
          jhunt@stokeswagner.com

          Attorneys for Defendant Amedeo
          Hotels Limited Partnership

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Brooklyn Division**

| | |
|---|---|
| RUBEN DIAZ, RENE FERNANDEZ, MOHAMMED ISMAT, PRADIP SAHA, RAMANDRA SAHA, MAXINE SMITH, ABDUR RAQUIB, JOHNNY RAMIREZ, MADGY SAAD, WALTER FREIRE, MOZIBUR RAHMAN, CHRISTOPHER STAVROPOULOS, ABDUR RAHMAN, SYED AHMED, WALTER GARCIA, ASHIF MIRU, BISWA SAHA, ALPHONSE SAYOT, ALBERTO PRADO, MAURICE SCHWARTE, ABELLA BOUALE, DENZIL HANNAH, MILAD BARSOUM, MOAZZEMUL HAQUE, and ARUN SAHA, <br><br> Plaintiffs, <br><br> v. <br><br> AMEDEO HOTELS LIMITED PARTNERSHIP, NWPH, LLC, NORTHWOOD HOSPITALITY, LLC <br><br> Defendants. | Case No. 1:12-cv-04418-DLI-JMA |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day sent the foregoing document to counsel of record listed below via the Court's CM/ECF website:

| | |
|---|---|
| David Wims, Esq. <br> Law Offices of David Wims <br> Attorney for Plaintiffs <br> 1430 Pitkin Avenue, 2nd Floor <br> Brooklin, New York 11233 | Judith Stoll, Esq. <br> Alexander Soric, Esq. <br> Kane Kessler, P.C. <br> 1350 Avenue of the Americas <br> New York, New York 10019 |

Dated: April 27, 2016.

        Stokes Wagner, ALC

        /s/ John R. Hunt
        _____
        John R. Hunt