# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand and sixteen.

_____

| | |
|---|---|
| Ruben Diaz, Rene Fernandez, Mohammed Ismat, Pradip Saha, Ramandra Saha, Maxine Smith, Abdur Raquib, Johnny Ramirez, Madgy Saad, Walter Freire, Mozibur Rahman, Christopher Stavropoulos, Abdur Rahman, Syed Ahmed, Walter Garcia, Ashif Miru, Biswa Saha, Sayot Alphonse, Alberto Prado, Maurice Schwarte, Abella Bouale, Denzil Hannah, Milad Barsoum, Moazzemul Haque, Arun Saha, | **ORDER**<br><br>Docket No. 16-1326 |

      Plaintiffs - Appellees,

v.

Amedeo Hotels Limited Partnership,

      Defendant – Appellant.

_____

      Appellees move, pursuant to FRAP 4(a)(4)(B), for a stay of this appeal until the district court has determined their Rule 60(b) motion for reconsideration.

      IT IS HEREBY ORDERED that the motion is GRANTED. Appellees are directed to inform this Court in writing of the status of the motion within 14 days of the date of this order, thereafter at 30-day intervals, and within 14 days after disposition of the motion for reconsideration.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON JUNE 3, 2016